UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 08-10030-CR-KING/BANDSTRA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

EDUARDO FERNANDEZ VIERA,
DOLIS JORGE PANDO CARMENATE,
RAUDEL RUBIO, and
LAZARO ALBERTO SOLINO HERNANDEZ,

    Defendants.
_____/

## ORDER AFFIRMING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court upon the August 26, 2008 Report and Recommendation of Magistrate Judge Ted. E. Bandstra (DE #44) recommending that the Court deny Defendant's [Raudel Rubio's] Amended Motion to Dismiss Indictment Due to Pre-Indictment Delay and/or Violation of the Compulsory Process Clause or Alternatively to Compel the Government to Produce Witnesses (DE # 41).

The Court concludes that the Report and Recommendation contains thorough and well-reasoned recommendations. Taking into consideration Defendants' Objections to the Report and Recommendation (DE # 46, 47) and the Government's Response to Defendants' Objections (DE # 48), the Court finds that Magistrate Judge Bandstra correctly relied on the reasoning of *United States v. Sosa, et al.*, Case No. 08-10024-CR-King. Accordingly, after

a careful review of the record and the Court being otherwise fully advised, it is

**ORDERED, ADJUDGED, AND DECREED** that Magistrate Judge Ted. E. Bandstra's August 26, 2008 Report and Recommendation (DE # 44) be, and the same is hereby, AFFIRMED and ADOPTED. It is further

**ORDERED, ADJUDGED, AND DECREED** that Defendant's Amended Motion to Dismiss Indictment Due to Pre-Indictment Delay and/or Violation of the Compulsory Process Clause or Alternatively to Compel the Government to Produce Witnesses (DE # 41) be, and the same is hereby, DENIED

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 16th day of September, 2008.

JAMES LAWRENCE KING
U.S. DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:   Magistrate Judge Ted E. Bandstra

*Attorney for Plaintiff*
**Adam Schwartz**
Assistant United States Attorney
99 N.E. 4thStreet
Miami, Florida 33132-2111

*Attorneys for Defendants*

**Gennaro Cariglio, Jr.**
10800 Biscayne Blvd.

Suite 740
Miami, Florida 33161-7400

**Hector Dopico**
Federal Public Defender's Office
150 W. Flagler Street
Miami, Florida 33130-1556

**Stewart Abrams**
Federal Public Defender's Office
150 W. Flagler Street
Miami, Florida 33130-1556